UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Carrie Sue Dowdy v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20036-DRH |
| *Amanda Franklin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12831-DRH |
| *Julie Sturek v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10406-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 10, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** June 16, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.16
18:43:45 -05'00'

**APPROVED:**
  **CHIEF JUDGE**
  **U. S. DISTRICT COURT**